IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DENESE D. JONES | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. MJG-01-267 |
| WILLIAM J. HENDERSON, POSTMASTER GENERAL, U.S. POSTAL SERVICE | : |
| Defendant. | : |

## ORDER

A review of the court file illustrates that service of process has not been effected on the name defendant. Consequently, in accordance with F.R.Civ.P. 4(m) and Local Rule 103.8.a., plaintiff shall be directed to show cause why her claim(s) against defendant William Henderson should not be dismissed for failure to obtain service of process.

Accordingly, IT IS this __30th__ day of __May__, 2001 by this Court hereby ORDERED:

1. That plaintiff **SHOW CAUSE** on or before TWENTY (20) days from the entry of this Order why her complaint against defendant Henderson should not be dismissed for failure to effect service; and

2. That the Clerk of the Court **MAIL** a copy of this Order to **plaintiff**.

_____
MARVIN J. GARBIS
UNITED STATES DISTRICT JUDGE