IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DENESE D. JONES                         :

    Plaintiff,                         :

    v.                                 :   CIVIL ACTION NO. MJG-01-267

WILLIAM J. HENDERSON,                   :
POSTMASTER GENERAL, U.S.
POSTAL SERVICE                          :

    Defendant.                         :

## **O R D E R**

    Upon review of the Court file which reflects that the summons and complaint in this action has been served on defendant via certified mail, IT IS hereby ORDERED this _____ day of _____, 2001 that:

1. The Court's May 31, 2001 Order to Show Cause **IS QUASHED**; and

2. The Clerk of Court **MAIL** a copy of this Order to **plaintiff**.

MARVIN J. GARBIS
UNITED STATES DISTRICT JUDGE