UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MARYLAND

DENESE D. JONES

    Plaintiff,

    v.                                   Case number MJG 01 CV 267

WILLIAM J. HENDERSON,

    Defendant

### MOTION FOR CONTINUANCE

The Plaintiff, Denese D. Jones, representing myself, moves for an order to continue this case pursuant to Rules 56 (f) of the Federal Rules of Procedure.

In support whereof,

1. All documentation has not been obtained to prove the case of discrimmination.

*[Handwritten note: Response to Motion due August 29, 2001.]*

FILED
JUL 13 2001
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

_____
Denese D. Jones
P.O. Box 543
Shadyside, MD 21076-0543
Tel (443) 324-4134

Signed this ___ day of July, 2001

_____
**Marvin J. Garbis**
**United States District Judge**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___7th___ day of July, 2001, a copy of the Motion for Continuance was mailed to :

UNITED STATES POSTAL SERVICE
900 E. FAYETTE ST. RM 395
BALTIMORE, MD 21233-9411

_____
Denese D. Jones
Plaintiff