```
                                FILED
                           U.S. DISTRICT COURT
DENESE D. JONES           DISTRICT OF MARYLAND    *

                           2001 DEC 21 PM 4: 16    *

                              CLERK'S OFFICE       *    CIVIL ACTION NO. MJG-01-267
                              AT BALTIMORE
WILLIAM J. HENDERSON                               *
                              BY_____DEPUTY
POSTMASTER GENERAL, U.S.
POSTAL SERVICE                                     *

          Defendant                                *

*     *     *     *     *     *     *     *     *
                    JUDGMENT ORDER
```

By separate Order issued this date, the Court has granted Defendant's Motion to Dismiss and for Summary Judgment.

Accordingly:

1. Judgment shall be, and hereby is, entered in favor of Defendant William J. Henderson, Postmaster General, U.S. Postal Service against Plaintiff Denese D. Jones dismissing all claims with prejudice with~ costs.

2. Any and all prior rulings disposing of any claims against any parties are incorporated by reference herein.

3. This Order shall be deemed to be a final judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure

SO ORDERED this 21st day of December, 2001.

_____
Marvin J. Garbis
United States District Judge