IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BENESE D. JONES                     *

       Plaintiff           *

       vs.                 *     CIVIL ACTION NO. MJG-01-267

WILLIAM J. HENDERSON,               *
POSTMASTER GENERAL, U.S.
POSTAL SERVICE                      *

       Defendant           *

\*   \*   \*   \*   \*   \*   \*   \*   \*

## MEMORANDUM AND ORDER

The Court has before it Defendant's Motion to Dismiss and for Summary Judgment to which no timely opposition has been filed even though Plaintiff was granted extended time to respond.

This Court has reviewed the papers filed by the Defendants and the Complaint even though Plaintiff has filed nothing in opposition. Moreover, recognizing the Plaintiff as a _pro se_ litigant, the Court has reviewed the Complaint liberally to try to find a viable cause of action. The Court finds none.

Accordingly:

1. Defendant's Motion to Dismiss and for Summary Judgment is GRANTED

2. Judgment shall be entered by separate Order.

SO ORDERED THIS 21st DAY OF December, 2001

_____
Marvin J. Garbis
United States District Judge